IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| TYLER LACKEY and JOSE ZAMORA, Individually and On Behalf of All Others Similarly Situated | § § § § | |
| *Plaintiffs*, | § § | C.A. No. 7:19—cv—269 |
| v. | § § § | |
| PUMPCO ENERGY SERVICES, INC., SUPERIOR ENERGY SERVICES, L.L.C, and SUPERIOR ENERGY SERVICES, INC. | § § § § § | |
| *Defendants*. | | |

## JOINT NOTICE OF SETTLEMENT

Defendants Pumpco Energy Services, Inc., Superior Energy Services, L.L.C., and Superior Energy Services, Inc. (collectively, the "Defendants") and Plaintiffs Tyler Lackey and Jose Zamora (collectively, the "Plaintiffs"), file this Joint Notice of Settlement to inform the Court that the Defendants and Plaintiffs have reached a settlement in the above-captioned matter. The Parties expect to file a Joint Stipulation of Dismissal with Prejudice within thirty (30) days from the filing of this Joint Notice of Settlement. The Parties respectfully request that all deadlines be stayed while they finalize their settlement.

Respectfully submitted,

By:   */s/ J. Michael Rose*
J. Michael Rose
Texas Bar No. 24041819
S.D. Tex. Bar No. 36797
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
Telephone:   (713) 226-1684
Facsimile:   (713) 229-2626

1

83885428v.2

                                        Email: mrose@lockelord.com
                                        **ATTORNEY-IN CHARGE FOR**
                                        **PUMPCO ENERGY SERVICES, INC.,**
                                        **SUPERIOR ENERGY SERVICES,**
                                        **L.L.C, AND SUPERIOR ENERGY**
                                        **SERVICES, INC.**

OF COUNSEL:
**Evan C. Blankenau**
Texas Bar No. 24092142
S.D. Tex. Bar No. 2507901
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
Telephone:   (713) 226-1661
Facsimile:    (713) 229-2501
Email: evan.blankenau@lockelord.com

                                            **AND**

By:   */s/ Josh Sanford\* w/perm. ECB*
       Josh Sanford
       Texas Bar No. 24077858
       **Sanford Law Firm, PLLC**
       650 South Shackleford Road, Suite 411
       Little Rock, Arkansas 72211
       Telephone:   (800) 615-4946
       Facsimile:    (888) 787-2040
       Email: josh@sanfordlawfirm.com
       **ATTORNEY FOR PLAINTIFFS TYLER**
       **LACKEY AND JOSE ZAMORA**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of October 2020, a true and correct copy of the above and foregoing instrument was served upon all counsel of record referenced below via the Court's electronic filing system:

Josh Sanford
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com


                                              /s/ *Evan C. Blankenau*
                                              Evan C. Blankenau