IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| TYLER LACKEY, ET AL., § <br> Individually and on behalf of all others § <br> similarly situated, § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> PUMPCO ENERGY SERVICES, INC., § <br> ET AL., § <br>     Defendants. § | NO.   MO:19-CV-00269 DC |

## ORDER

The parties have notified the Court they have settled this case pursuant to the Parties' Joint Notice of Settlement (Doc. 23) filed October 29, 2020.

Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file the papers necessary to dismiss this action on or before **THIRTY (30)** days from the docketing of this order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Conference and Trial setting.

It is so **ORDERED**.

SIGNED this 30th day of October, 2020.

                                            DAVID COUNTS
                                            UNITED STATES DISTRICT JUDGE