IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| TYLER LACKEY and JOSE ZAMORA, § <br> Individually and on behalf of all others § <br> similarly situated, § <br>     *Plaintiffs*, § <br> § <br> v. § <br> § <br> PUMPCO ENERGY SERVICES, INC., § <br> SUPERIOR ENERGY SERVICES, LLC, § <br> And SUPERIOR ENERGY SERVICES, § <br> INC., § <br>     *Defendants*. § | NO.   MO:19-CV-00269 DC | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 26) filed November 3, 2020.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 4th day of November, 2020.

                                          _____
                                          DAVID COUNTS
                                          UNITED STATES DISTRICT JUDGE